UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

HAROLD GAILEGO and NICHOLAS FERRANDINO,
individually and on behalf of all other persons similarly
situated,

                                    Plaintiffs,

            -against-

THE CITY OF NEW YORK,

                                    Defendant,

---------------------------------------------------------------- x

**STIPULATION OF DISMISSAL**

No. 18-CV-5234 (JGK)

        **IT IS HEREBY STIPULATED AND AGREED,** by the attorneys for the parties herein that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed without prejudice as to all defendants.

Dated:    New York, New York
             May 10, 2019

| | |
|---|---|
| **VIRGINIA & AMBINDER, LLP**<br>Attorney For Plaintiffs<br>40 Broad Street, 7th Floor<br>New York, New York 10004<br>(212) 943-9080<br><br>By: _____<br>        Lloyd R. Ambinder | **ZACHARY W. CARTER**<br>Corporation Counsel of the<br>  City of New York<br>Attorney for Defendant<br>100 Church Street, Room 2-109h<br>New York, New York 10007-2601<br>(212) 356-1180<br><br>By: _____<br>        Christopher Coyne<br>        Assistant Corporation Counsel |